### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

RONNY NAZARIO SEPULVEDA,

        Plaintiff,

v.                                               Case No:   6:23-cv-641-LHP

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant

_____

### ORDER[1]

      This cause came on for consideration without oral argument on the following

motion filed herein:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 14)** |
| **FILED:** | **June 2, 2023** |

      **THEREON** it is **ORDERED** that the motion is **GRANTED**.

_____

      [1] The parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.  *See* Doc. Nos. 12, 15–16.

The Commissioner of Social Security moves to remand this case pursuant to sentence four of 42 U.S.C. § 405(g), so that the following may occur:

> On remand, the Appeals Council will instruct the Administrative Law Judge to offer the claimant an opportunity for a hearing; further evaluate the claimant's alleged symptoms; further assess the residual functional capacity based on the current evidence; obtain evidence from a vocational expert; and issue a new decision.

Doc. No. 14.   Plaintiff does not object to the motion.   *Id.* at 1.

Upon consideration, the Court finds the request well taken.   *See* 42 U.S.C. § 405(g).   Accordingly, it is **ORDERED** that:

> 1. The Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. No. 14) is **GRANTED**.
>
> 2. The final decision of the Commissioner is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of § 405(g), for the above-stated reasons.
>
> 3. The Clerk of Court is directed to **ENTER** judgment in favor of Plaintiff and against the Commissioner, and thereafter **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on June 7, 2023.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties